PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                                      ) | **Docket Number: 2:06CR00040-01** |
| ) | |
| **CORNELIUS ROBERT POWERS**   ) | |
| ) | |

On November 9, 2005, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:       August 7, 2007
             Sacramento, California


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **POWERS, CORNELIUS ROBERT**
      **Docket Number:  2:06CR00040-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Cornelius Robert Powers be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 8/9/07 | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA**<br>**Senior United States District Judge** |

CJM:jz
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office